UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RYAN COLLINS, | * | CIVIL ACTION |
| | * | NO. 3:20-cv-00199 |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE DICK |
| | * | |
| | * | |
| CONTROLWORX, LLC, | * | MAG. JUDGE BOURGEOIS |
| | * | |
| Defendant. | * | JURY DEMAND |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## CONTROLWORX, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56, Defendant, ControlWorx, LLC ("ControlWorx"), hereby submits its Motion for Summary Judgment. In this Motion and accompanying Memorandum in Support and Statement of Uncontested Material Facts, ControlWorx establishes that there is no genuine dispute as to any material facts related to Plaintiff Ryan Collins's ("Collins"), claims under the Family and Medical Leave Act ("FMLA") or the Louisiana Employment Discrimination Law, including La. R.S. 23:323. As the Motion and supporting materials and evidence show, ControlWorx is entitled to judgment as a matter of law.

WHEREFORE, for the reasons set forth more fully in the accompanying Memorandum in Support, ControlWorx respectfully prays that the Court enter judgment as a matter of law in its favor and dismiss and dismiss Collins's claims in their entirety, with prejudice, and with all appropriate costs taxed against him.

Respectfully submitted:

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC

*s/Jennifer L. Anderson*
Jennifer L. Anderson (La. Bar No. 23620)
450 Laurel Street, 21st Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7020
Facsimile: (225) 343-3612
Email: jlanderson@bakerdonelson.com
Email: ekesler@bakerdonelson.com

   AND

Emily Olivier Kesler (La. Bar No. 37747)
Baker Donelson Bearman
 Caldwell & Berkowitz, PC
St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: 504-566-8634
Email: ekesler@bakerdonelson.com

***Counsel for ControlWorx, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 13th day of August, 2021, the foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who have consented to electronic notification, or as otherwise appropriate, via United States Mail, properly addressed and first-class postage prepaid.

*s/Jennifer L. Anderson*
Jennifer L. Anderson

4820-7274-6224v1
2948554-000002