**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| RYAN COLLINS | CIVIL ACTION |
| VERSUS | 20-199-SDD-RLB |
| CONTROLWORX, LLC | |

**JUDGMENT**

For the written reasons assigned:

Judgment is hereby entered in favor of ControlWorx, LLC and against Plaintiff, Ryan Collins. Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 3d day of February, 2022.

_____
**SHELLY D. DICK
DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**